**Opinion filed December 3, 2009**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-09-00309-CR

_____

**KEVIN DWAYNE FLETCHER, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 238th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR-33,475**

**M E M O R A N D U M   O P I N I O N**

This is a appeal from an order denying the suspension of further execution of a sentence of confinement.  We dismiss.

Kevin Dwayne Fletcher was convicted of credit card abuse.  His punishment was assessed at confinement for two years in a state jail facility; however, the imposition of the sentence was suspended, and he was placed on community supervision for three years.  On March 20, 2009, the trial court revoked his community supervision and imposed a sentence of confinement for two years. Pursuant to TEX. CODE CRIM. PROC. ANN. art. 42.12, § 15(f)(2) (Vernon Supp. 2009), the trial court

placed appellant on "shock probation" with no promise or agreement that further community supervision would be granted. On August 10, 2009, the trial court denied the request that the execution of the sentence of confinement be further suspended placing appellant on community supervision. TEX. CODE CRIM. PROC. ANN. art. 42.12, § 15(f)(3) (Vernon Supp. 2009). Appellant filed both a motion for new trial and a notice of appeal.

On November 10, 2009, the clerk of this court wrote the parties informing them that it appeared the August 10 order was not a final, appealable order. The clerk directed appellant to respond within fifteen days showing grounds for continuing the appeal. There has been no response to our November 10 letter.

The appeal is dismissed for want of jurisdiction.

PER CURIAM

December 3, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

2